| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jason Carl Pierce** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2212 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Ashley Nicole Pierce** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9713 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Kentucky | Date case filed for chapter  13   5/29/19 |
| Case number: | 19–10521–jal | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                      12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason Carl Pierce | Ashley Nicole Pierce |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1585 Shelton Town Rd <br> Albany, KY 42602–7871 | 1585 Shelton Town Rd <br> Albany, KY 42602–7871 |
| 4. | **Debtor's attorney** <br> Name and address | J. Clair Edwards <br> Atkinson Simms and Kermode PLLC <br> 1608 Harrodsburg Rd. <br> Lexington, Ky 40504 | Contact phone 8592251745 <br> Email: jce@ask–law.com |
| 5. | **Bankruptcy trustee** <br> Name and address | William W. Lawrence –13 <br> 310 Republic Plaza <br> 200 S. Seventh Street <br> Louisville, KY 40202 | Contact phone 581–9042 <br> Email: ECF@louchapter13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse <br> 601 W. Broadway <br> Louisville, KY 40202 | Office Hours:  8:30 a.m. to 4:30 p.m. Eastern Time Zone <br> Contact phone 502–627–5700 <br> Date: 5/30/19 |

**For more information, see page 2**

| | | | |
|---|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 25, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Case may be dismissed without further notice if debtor fails to attend the meeting. | **Location:**<br>Hearing Room 1, 4th Floor, 1001 Center Street, Bowling Green, KY 42101 | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline:** | No later than 60 days after the first date set for the Meeting of Creditors above. |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **Filing deadline: 8/7/19** | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. The plan will be sent separately. The Confirmation Hearing will be held on the morning or afternoon of the 341 Meeting. | | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | | |

```
                             United States Bankruptcy Court
                              Western District of Kentucky
In re:                                                                                  Case No. 19-10521-jal
Jason Carl Pierce                                                                       Chapter 13
Ashley Nicole Pierce
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0644-1          User: aallen                 Page 1 of 2                  Date Rcvd: May 30, 2019
                              Form ID: 309I                Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db/jdb         Jason Carl Pierce,    Ashley Nicole Pierce,    1585 Shelton Town Rd,    Albany, KY  42602-7871
tr            +William W. Lawrence -13,    310 Republic Plaza,    200 S. Seventh Street,
                Louisville, KY 40202-2751
6510535        Atlas Collections,    7701 W Kilgore Ave,    Yorktown, IN  47396-9290
6510536        Bluegrass Cellular,    P.O. Box 5012,    Elizabethtown, KY  42702-5012
6510537        Clinton Family Medical Center,    PO Box 1080,    Burkesville, KY  42717-1080
6510545       +First Credit Corporation,    P.O. Box 9300,    Boulder, CO 80301-9300
6510550       +Heights Finance Somerset,    604 Ogden Street, Suite 102,    Somerset, KY 42501-1763
6510551        Hillcrest Credit Agency,    P.O. Box 2220/800 Park Street,    Bowling Green, KY  42102-2220
6510553        Kentucky Higher Education,    P.O. Box 24328,    Frankfort, KY  40601
6510559        Piedmont Physicians, PLLC,    PO Box 120153,    Grand Rapids, MI  49528-0103
6510562        Russell County Hospital,    PO Box 1610,    Russell Springs, KY  42642-1610
6510563        Russell Scott Sizemore, Esq.,    2819 Ring Rd,    Elizabethtown, KY  42701-4104
6510565       +UK A.B. Chandler Hospital,    1000 South Limestone, Room A101 Pav A,    Lexington, KY 40536-0001
6510567        Windstream,    1720 Galleria Blvd,    Charlotte, NC  28270-2408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: jce@ask-law.com May 30 2019 19:28:51     J. Clair Edwards,
                Atkinson Simms and Kermode PLLC,    1608 Harrodsburg Rd.,    Lexington, Ky  40504
ust           +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov May 30 2019 19:29:16     Charles R. Merrill,
                Asst. U.S.Trustee,    601 West Broadway #512,    Louisville, KY 40202-2229
6510534        E-mail/Text: collections@andrewsassoc.com May 30 2019 19:29:07     Ashley Sanders Cox, Esq.,
                P.O. Box 55567,    Lexington, KY  40555-5567
6510538       +EDI: WFNNB.COM May 30 2019 23:18:00      Comenity Bank,    P.O. Box 182789,
                Columbus, OH 43218-2789
6510539        E-mail/Text: drowland@anesthesiaoffice.net May 30 2019 19:29:31
                Commonwealth Anesthesia, P.S.C.,    P.O. Box 24576,    Lexington, KY  40524-4576
6510540        E-mail/Text: bankruptcy@consumerportfolio.com May 30 2019 19:29:27
                Consumer Portfolio Services,    P.O. Box 57071,    Irvine, CA  92619-7071
6510541        EDI: RCSFNBMARIN.COM May 30 2019 23:18:00      Credit One Bank,    P.O. Box 98873,
                Las Vegas, NV  89193-8873
6510542        E-mail/Text: drowland@anesthesiaoffice.net May 30 2019 19:29:31
                Cumberland Anesthesia Associates, Inc.,    PO Box 24543,    Lexington, KY  40524-4543
6510543        EDI: DIRECTV.COM May 30 2019 23:18:00      Direct TV,    P.O. Box 78626,
                Phoenix, AZ  85062-8626
6510544       +E-mail/Text: bknotice@ercbpo.com May 30 2019 19:29:22     Enhanced Recovery Corporation,
                P.O. Box 57547,    Jacksonville, FL 32241-7547
6510546        EDI: AMINFOFP.COM May 30 2019 23:18:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD  57107-0145
6510548        E-mail/Text: bankruptcy@glacompany.com May 30 2019 19:28:53     GLA Collections,
                2630 Gleeson Lane,    Louisville, KY  40299
6510547        E-mail/Text: bankruptcy@glacompany.com May 30 2019 19:28:53     GLA Collections,
                P.O. Box 991199,    Louisville, KY  40269-1199
6510549       +EDI: PHINAMERI.COM May 30 2019 23:18:00      GM Financial,    P.O. Box 181145,
                Arlington, TX 76096-1145
6510552        EDI: JEFFERSONCAP.COM May 30 2019 23:18:00      Jefferson Capital Systems,    16 McLeland Rd,
                Saint Cloud, MN  56303-2198
6510554       +EDI: BLUESTEM May 30 2019 23:18:00      Metabank/Fingerhut,    6250 Ridgewood Road,
                Saint Cloud, MN 56303-0820
6510555       +EDI: MID8.COM May 30 2019 23:18:00      Midland Funding,    2365 Northside Drive, Suite 300,
                San Diego, CA 92108-2709
6510556       +E-mail/Text: electronicbkydocs@nelnet.net May 30 2019 19:29:21     Nelnet, Inc.,
                3015 Parker Road, Suite 400,    Aurora, CO 80014-2904
6510557        E-mail/Text: lccbo@lexclin.com May 30 2019 19:29:47     New Lexington Clinic, P.S.C.,
                P.O. Box 12890,    Lexington, KY  40583-2890
6510558        EDI: AGFINANCE.COM May 30 2019 23:18:00      Onemain Financial,    PO Box 1010,
                Evansville, IN  47706-1010
6510560        EDI: PRA.COM May 30 2019 23:18:00      Portfolio Recovery Associates,
                120 Corporate Blvd., Suite 100,    Norfolk, VA  23502-4962
6510561       +E-mail/Text: ecfbankruptcy@progleasing.com May 30 2019 19:29:25     Progressive,
                11629 S. 700 E., Suite 250,    Draper, UT 84020-8399
6510564       +EDI: SWCR.COM May 30 2019 23:18:00      Southwest Credit,
                4120 International Parkway, Suite 1100,    Carrollton, TX 75007-1958
6510566       +EDI: VAND.COM May 30 2019 23:18:00      Vanderbilt Mortgage And Finance,    P.O. Box 9800,
                Maryville, TN 37802-9800
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0644-1          User: aallen               Page 2 of 2                   Date Rcvd: May 30, 2019
                              Form ID: 309I              Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              J. Clair Edwards    on behalf of Debtor Jason Carl Pierce jce@ask-law.com,
               knc@ask-law.com;clds@ask-law.com;G23818@notify.cincompass.com
              J. Clair Edwards    on behalf of Joint Debtor Ashley Nicole Pierce jce@ask-law.com,
               knc@ask-law.com;clds@ask-law.com;G23818@notify.cincompass.com
              William W. Lawrence -13    ECF@louchapter13.com,   ecf.bk.westky@gmail.com
                                                                                             TOTAL: 4
```